Argued and submitted September 22, reversed; referee's order reinstated
November 3, 1982

In the Matter of the Compensation of
Gordon Turley, Claimant.
TURLEY,
*Petitioner,*
*v.*
SAIF CORPORATION,
*Respondent.*

(No. 80-11183, CA A24358)

653 P2d 240

Brian L. Welch, Portland, argued the cause for petitioner. On the brief were Samuel J. Imperati, and Welch, Bruun and Green, Portland.

Darrell E. Bewley, Appellate Counsel, SAIF Corporation, Salem, argued the cause and filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

## PER CURIAM.

The compensability of claimant's foot problems was established in *SAIF v. Turley,* 52 Or App 839, 632 P2d 808 (1981). The Board awarded no permanent disability because it found no compensable impairment. On *de novo* review, we find that claimant has suffered a serious loss of function in his feet in that he is permanently precluded from any activity involving prolonged standing or walking. The referee's award of 50 percent scheduled disability for each foot is reinstated.

Reversed; referee's order reinstated.